**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02899-BNB

DAWANE ARTHUR MALLETT,

    Plaintiff,

v.

LT. GARNER, Co.,
T. GARDINER, Correctional Officer,
JOSEPH WADAS, Correctional Officer,
ALLEN GREGORY ARAGON, Correctional Officer,
BLAKE RANDY DAVIS, Complex Warden,
MIKE MCALISTER, SIS Tech.,
PATRICIA RANGEL, Unit Manager, and
DAVID B. BERKEBILE, Complex Warden,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter comes before the court sua sponte.  For the reasons stated in the court's Order Directing Plaintiff to File Amended Complaint (ECF No. 6), Plaintiff's "Motion to Strike Defendants" (ECF No. 5) is DENIED.  Plaintiff shall have **thirty (30) days from the date of this minute order** to file an amended complaint as directed if he wishes to pursue his claims in this action.  If Plaintiff fails to file an amended complaint within the time allowed, the action will be dismissed without further notice.

Dated:  January 9, 2014