IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02899-BNB

DAWANE ARTHUR MALLETT,

    Plaintiff,

v.

LT. GARNER, Co.,
T. GARDINER, Correctional Officer,
JOSEPH WADAS, Correctional Officer,
ALLEN GREGORY ARAGON, Correctional Officer,
BLAKE RANDY DAVIS, Complex Warden,
MIKE MCALISTER, SIS Tech.,
PATRICIA RANGEL, Unit Manager, and
DAVID B. BERKEBILE, Complex Warden,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Dawane Arthur Mallett, is a prisoner in the custody of the Federal Bureau of Prisons at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Mr. Mallett initiated this action by filing *pro se* a Prisoner Complaint (ECF No. 1). On November 18, 2013, Magistrate Judge Boyd N. Boland ordered Mr. Mallett to file an amended complaint that clarifies the claims he is asserting in this action. On January 9, 2014, Magistrate Judge Boland entered a minute order denying Mr. Mallett's Motion to Strike Defendants filed on November 6, 2013, and again required him to file an amended complaint within thirty days. Mr. Mallett was warned that the action would be dismissed if he failed to file an amended complaint within the time allowed.

Mr. Mallett has failed to file an amended complaint within the time allowed and has failed to respond in any way to the orders directing him to file an amended complaint. Therefore, the action will be dismissed without prejudice for failure to prosecute and comply with a court order.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Mallett has failed to prosecute this action and comply with a court order. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  20th  day of   February  , 2014.

BY THE COURT:

 s/ Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court